GARY M. RESTAINO
United States Attorney
District of Arizona

RAYNETTE M. LOGAN
Assistant U.S. Attorney
Arizona State Bar No. 016695
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Raynette.Logan@usdoj.gov
Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>  vs.<br><br>Ilene Marie Wahpeta,<br><br>  Defendant. | CR-17-00041-003-PHX-GMS<br><br>**UNITED STATES' MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION FOR RELIEF UNDER 18 U.S.C. § 3582(c)(1)(A)** |

The United States, through undersigned counsel, respectfully requests that this Court extend the time for the government to respond to Defendant's *Pro Se* Motion under 18 U.S.C. § 3582(c)(1)(A) for compassionate release (Doc. 117).

The United States initially received Defendant's motion when it was published on the docket on June 20, 2023. Accordingly, the government's response was due July 5, 2023. Due to the holiday, undersigned counsel inadvertently failed to file the instant Motion to Extend Time to Respond prior to the original deadline set for responsive memoranda by Local Rule 7.2(c).

The United States respectfully requests a 90 day extension of time to file its response to the motion, to and including October 2, 2023. Undersigned counsel needs the additional time to file the response because further research is required to address the issues raised by

Defendant. Undersigned counsel believes that justice will best be served if the time is granted.

Defendant's current release date is June 27, 2025.

It is not anticipated that excludable delay under 18 U.S.C. § 3161(h) will result from this motion.

Respectfully submitted this 6th day of July, 2023.

GARY M. RESTAINO<br>
United States Attorney<br>
District of Arizona<br>
<br>
 *s/Raynette Logan*<br>
RAYNETTE M. LOGAN<br>
Assistant U.S. Attorney

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of this motion will be sent to Defendant via the U.S. Mail at:

Ilene Marie Wahpeta
#70523-408
FCI Waseca
PO Box 1731
Waseca, MN 56093

 *s/Denise Trimble*
U.S. Attorney's Office